

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 25, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**   *United States v. Victor Osorio*, **21 Mag. 2140**

Dear Judge Krause,

In light of the arrest of the defendant Victor Osorio in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Steven J. Kochevar
Assistant United States Attorney
(914) 993-1928

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

February 25, 2021