UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Victor Osorio ~~Robinson~~

Defendant(s).
------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-   ( )( )

21-mj-2140

Defendant __Victor Osorio__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓  Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓  Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Victor Osorio / by AEK, w/ permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Samuel Braverman / AEK, w/ permission_
Defendant's Counsel's Signature

__Victor Osorio__
Print Defendant's Name

__Samuel Braverman__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__2/24/21__
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge