UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

## MEDICAL ATTENTION FORM

DATE: 2/24/21

DEFENDANT: Victor Osorio

DOCKET #: 21mj2140

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER, THE METROPOLITAN DETENTION CENTER, OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed.:

Defendant's counsel disclosed that Plaintiff has had lingering breathing problems that Defendant attributes to a case of COVID-19 that required Defendant to be hospitalized in March 2020 (nearly one year ago). Defendant should be evaluated to assess whether he requires treatment for these ongoing breathing issues. In addition, Defendant's counsel noted that Defendant had surgery to remove his appendix within the past 1-2 months. Defendant should be evaluated to ensure that he does not require any further medication or treatment for this. Finally, the counsel noted that Defendant has a history of low blood pressure, though there was no indication that Plaintiff currently takes medication for this condition.

_____
U.S. District / Magistrate Judge